11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District Of Texas
FILED

JUL 03 2019

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | | |
|---|---|---|---|
| | § | | |
| v. | § | Criminal No. | M-19-1205 |
| | § | | |
| IRVIN GARCES | § | | |
| also known as "Chocs" | § | | |
| RAMON MENDEZ | § | | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about September 7, 2018 to September 8, 2018 in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IRVIN GARCES**
also known as "Chocs"
and
**RAMON MENDEZ**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

A TRUE BILL

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY