United States District Court
Southern District of Texas
FILED

DEC 1 7 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | |
| IRVIN GARCES § | |
| also known as "Chocs" § | |
| RAMON MENDEZ § | |
| JIMMY LEE TAMEZ § | |
| JOSE RAUL TAMEZ § | |
| MIGUEL ANGEL GUZMAN § | |
| also known as "Money Mike" § | |
| § | |
| § | |
| JOSE BAUTISTA-CANTU § | Criminal No. M-19-1205-S2 |
| also known as "Cuco" § | |
| ANDRES TREVINO § | |
| also known as "Bollo Dodge" § | |
| also known as "Pollo" § | |
| § | |
| § | |
| § | |
| JAVIER GARCIA § | |
| also known as "Jaibo" § | |
| ALEJANDRO TAMEZ § | |
| also known as "Alex" § | |
| ELSA ALEMAN § | |
| FRANCISCO TAMEZ § | |
| also known as "Frankie" § | |
| FIDEL SALDANA § | |
| § | |
| § | |
| § | |
| § | |
| § | |
| JORGE GARCIA § | |
| also known as "Corvette Jorge" § | |
| FERNANDO CANTU § | |
| also known as "Bolas" § | |

## SEALED SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

## Count One

From on or about April 22, 2017, to on or about October 11, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

> IRVIN GARCES
> also known as "Chocs"
> RAMON MENDEZ
> JIMMY LEE TAMEZ
> ANDRES TREVINO
> also known as "Bollo Dodge"
> also known as "Pollo"

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## Count Two

From on or about April 22, 2017 through on or about October 11, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

> IRVIN GARCES
> also known as "Chocs"
> JIMMY LEE TAMEZ
> JOSE RAUL TAMEZ
> MIGUEL ANGEL GUZMAN
> also known as "Money Mike"
>
> JOSE BAUTISTA-CANTU
> also known as "Cuco"
>
> JAVIER GARCIA
> also known as "Jaibo"

ALEJANDRO TAMEZ
also known as "Alex"
ELSA ALEMAN
FRANCISCO TAMEZ
also known as "Frankie"
FIDEL SALDANA

JORGE GARCIA
also known as "Corvette Jorge"
and
FERNANDO CANTU
also known as "Bolas"

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to knowingly possess a firearm, during and in relation to a drug trafficking offense and crime of violence for which they may be prosecuted in a court of the United States, namely, Conspiracy to Possess with Intent to Distribute a Controlled Substance, to wit a mixture or substance containing a detectable amount of cocaine and marijuana, in violation of Title 21 United States Code Sections 841 and 846, Hobbs Act Robbery in violation of Title 18 United States Code Section 1951(a), and Carjacking in violation of Title 18 United States Code Section 2119.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(o).

## Count Three

On or about April 22, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

IRVIN GARCES
also known as "Chocs"
and
JIMMY LEE TAMEZ

did unlawfully obstruct, delay, and affect commerce and the movement of articles and

commodities in commerce by robbery and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, in that the defendants did unlawfully take and attempted to take controlled substances and drug proceeds from individuals.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## Count Four

On or about July 4, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JIMMY LEE TAMEZ**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## Count Five

On or about July 4, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JIMMY LEE TAMEZ**

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, in that the defendants did unlawfully take and attempted to take controlled substances and drug proceeds from individuals.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

### Count Six

. On or about December 4, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JIMMY LEE TAMEZ**

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, in that defendant did unlawfully take and attempted to take controlled substances and drug proceeds from individuals.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

### Count Seven

On or about December 4, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JIMMY LEE TAMEZ**
**ALEJANDRO TAMEZ**
**also known as "Alex"**
**and**
**ELSA ALEMAN**

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, in that the defendant did unlawfully take and attempted to take controlled substances and drug proceeds from individuals.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

### Count Eight

On or about December 4, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JIMMY LEE TAMEZ**
**ALEJANDRO TAMEZ**
**also known as "Alex"**
**and**
**ELSA ALEMAN**

aiding and abetting each other, did knowingly carry and brandish a firearm, during and in relation to a drug trafficking offense and crime of violence for which they may be prosecuted in a court of the United States, namely, Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of Title 21 United States Code Sections 841 and 846 and Hobbs Act Robbery in violation of Title 18 United States Code Section 1951(a).

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

### Count Nine

On or about June 28, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JIMMY LEE TAMEZ**

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, in that defendant did unlawfully take and attempted to take controlled substances and drug proceeds from individuals.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

### Count Ten

On or about July 15, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JIMMY LEE TAMEZ**

took and attempted to take a motor vehicle, namely, a Kia Soul, that had been transported, shipped, and received in interstate and foreign commerce from and in the presence of Edgar Esquivel

Gonzalez by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Sections 2119 and 2.

### Count Eleven

On or about October 20, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, Possession of Marijuana in an Amount Greater than Four Ounces but Less Five Pounds in Cause Number CR-4798-17-D in the 206th Judicial District Court in Hidalgo County, Texas on January 26, 2018, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Colt pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count Twelve

On or about November 18, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JOSE BAUTISTA-CANTU**
**also known as "Cuco"**
**and**
**FIDEL SALDANA**

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, in that the defendant did unlawfully take and attempted to take controlled substances and drug proceeds from individuals.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

### Count Thirteen

On or about November 18, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JOSE BAUTISTA-CANTU**
also known as "Cuco"
and
**FIDEL SALDANA**

aiding and abetting each other, did knowingly carry and brandish a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, Hobbs Act Robbery in violation of Title 18 United States Code Section 1951(a).

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

### Count Fourteen

On or about May 11, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JIMMY LEE TAMEZ**

knowingly having been convicted of the following crimes punishable by imprisonment for a term exceeding one year:

(1) Robbery in cause number CR-3094-07-F in the 332nd Judicial District Court in Hidalgo County, Texas on September 11, 2007;

(2) Burglary of a Habitation in cause number CR-2338-10-F in the 332nd Judicial District Court in Hidalgo County, Texas on August 2, 2010; and

(3) Burglary of a Habitation in cause number CR-2902-10-F in the 332nd Judicial District Court in Hidalgo County, Texas on August 11, 2010;

did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Taurus, Model PT-92(AF), 9mm PARA caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

### Count Fifteen

On or about May 10, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

> IRVIN GARCES
> also known as "Chocs"
> JIMMY LEE TAMEZ
> JOSE RAUL TAMEZ
> MIGUEL ANGEL GUZMAN
> also known as "Money Mike"
>
> JOSE BAUTISTA-CANTU
> also known as "Cuco"

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, in that the defendant did unlawfully take and attempted to take controlled substances and drug proceeds from individuals.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

### Count Sixteen

On or about May 10, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

> IRVIN GARCES
> also known as "Chocs"
> JIMMY LEE TAMEZ
> JOSE RAUL TAMEZ
> MIGUEL ANGEL GUZMAN
> also known as "Money Mike"
>
> JOSE BAUTISTA-CANTU

also known as "Cuco"

aiding and abetting others, did knowingly carry and brandish a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, Hobbs Act Robbery in violation of Title 18 United States Code Section 1951(a).

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

### Count Seventeen

On or about October 11, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JOSE RAUL TAMEZ**
**JORGE GARCIA**
also known as "Corvette Jorge"
and
**FERNANDO CANTU**
also known as "Bolas"

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, in that the defendant did unlawfully take and attempted to take controlled substances and drug proceeds from individuals.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

### Count Eighteen

On or about October 11, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JOSE RAUL TAMEZ**
**JORGE GARCIA**
also known as "Corvette Jorge"

and
**FERNANDO CANTU**
**also known as "Bolas"**

took and attempted to take a motor vehicle, namely, a Chevrolet Impala, that had been transported, shipped, and received in interstate and foreign commerce from and in the presence of Francisco Gonzalez by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Sections 2119 and 2.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY